MODERN-SILVER LINEN SUPPLY COMPANY, INC., Appellant, *v.* HARRY SALZBERG, Defendant, and NAT GINSBERG, Respondent.

(Argued May 5, 1930; decided May 13, 1930.)

*William L. Greenfogel* for motion.
*George X. Levine* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.